IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LINA ALVARADO, formerly known as Lina Gonzales, and DANIEL ALVARADO,

        Plaintiffs,

vs.

YVES GIROUX, et al.,

        Defendants.

4:22-CV-3086

ORDER

IT IS ORDERED:

1. The parties' stipulation for remand (filing 8) is approved.

2. This case is remanded to the District Court for Keith County, Nebraska.

3. The Clerk of the Court is directed to transmit this case without delay.

4. The plaintiffs' motion for leave to withdraw (filing 7) is denied as moot.

Dated this 23rd day of May, 2022.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge